**Order filed June 4, 2014**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-14-00189-CV
_____

### KEN OKORIE AND LINDA OKORIE, Appellant

### V.

### OCWEN LOAN SERVICING, LLC, Appellee

**On Appeal from the 157th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2012-13966**

## O R D E R

Appellant's brief was due May 8, 2014**.** No brief or motion for extension of time has been filed.

Unless appellant files a brief with this court on or before **July 7, 2014**, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM